**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS POLANCO GUZMAN, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:26-cv-00836 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| KRISTI NOEM, *et al*., | ) | |
| | ) | |
| Respondents. | | |

**JUDGMENT ORDER**

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is marked CLOSED.

IT IS SO ORDERED.

September 10, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record

(via First Class U.S. Mail):

LUIS POLANCO GUZMAN
A 205 613 634
Moshannon Valley Processing Center
Legal Mail - Open in Presence of Detainee
555 Geo Drive
Philipsburg, PA 16866